IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cr. No. 04-20135-D |
| vs. | ) | |
| | ) | |
| ABDULAZIZ YUSUF, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States, the indictment in the instant case is hereby dismissed without prejudice.

IT IS SO ORDERED this 17th day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Approved by:

Stephen C. Parker
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20135 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Sidney L. Moore
LAW OFFICE OF SIDNEY L. MOORE
One Park Tower
34 Peachtreet St NW Ste 2560
Atlanta, GA 30303

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT