FILED BY _____ D.C.

05 JUN 17 PM 3:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### Western

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:04cr20135-D

Yusuf Abdulzitz

---

## ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $2,000.00, payable to Abdulbasit Mussa at 2171 W. River Trace Dr. # 2, Memphis, TN 38134 in full refund of the cash appearance bond posted herein.

    United States District Judge
    Bernice B. Donald

Date: Jun 17, 2005

Approved,
Robert R. Di Trolio, Clerk of Court
BY: Judy Easley
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20135 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sidney L. Moore
LAW OFFICE OF SIDNEY L. MOORE
One Park Tower
34 Peachtreet St NW Ste 2560
Atlanta, GA 30303

Honorable Bernice Donald
US DISTRICT COURT